FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 13 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01236-BNB

BENJAMIN DAVIS,

    Plaintiff,

v.

THE GEO GROUP,
HUDSON CORR FACILITY, and
UNIT MANAGER RACHAEL HUNT,

    Defendants.

## ORDER DISMISSING CASE

Plaintiff, Benjamin Davis, acting *pro se*, submitted a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 to the Court for filing on May 9, 2011. Although the pleadings did not include a civil action number, it is apparent that Mr. Davis intended to file the documents in Case No. 11-cv-00847-BNB, a pending action in this Court brought pursuant to 42 U.S.C. § 1983. It is apparent because the Prisoner Complaint filed by Mr. Davis on May 9, 2011, relates to Mr. Davis' transfer to a different prison unit on March 5, 2011, and his assault by another inmate after that transfer, which is also the subject of Case No. 11-cv-00847-BNB. This new action was commenced in error. The Court, therefore, will dismiss the instant action without prejudice and instruct the Clerk of the Court to file the Prisoner Complaint Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 from this case in Case No. 11-cv-00847-BNB.

Mr. Davis now has three pending actions in this Court (***Davis v. The Geo Group, et al.,*** 11-cv-998-BNB, ***Davis v. Hudson Correctional Medical Facility, et al.,***11-cv-900-BNB and ***Davis v. Hudson Corr. Facility, et al.,***11-cv-847-BNB). To avoid additional confusion, Mr. Davis is instructed that he must include a case number on any future documents he submits to the Court. Accordingly, it is

ORDERED that the Prisoner Complaint and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed on May 9, 2011 in this action, are ordered filed in Case No. 11-cv-00847-BNB. It is

FURTHER ORDERED that the action is dismissed without prejudice and the Clerk of the Court is instructed to close the instant action.

DATED at Denver, Colorado, this __13th__ day of __May__, 2011.

BY THE COURT:

__s/Lewis T. Babcock__
LEWIS T. BABCOCK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 11-cv-01236-BNB

Benjamin Davis
Prisoner No. 152106
Hudson Corr. Center
3001 N. Juniper St.
Hudson, CO 80642

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on May 13, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk